**Bacigalupi, Neufeld & Rowley**
Dale E. Bacigalupi (97197)
1111 E. Herndon Ave., Suite 219
Fresno, California 93720
Tel (559) 431-6850
Fax (559) 431-4216

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT PAPAZIAN, AS TRUSTEE UNDER THE ROBERT PAPAZIAN REVOCABLE LIVING TRUST AGREEMENT DATED 10/13/04; FRESNO METROPOLITAN FLOOD CONTROL DISTRICT; CENTRAL CINEMA LIMITED PARTNERSHIP; COUNTY OF FRESNO; PACIFIC GAS AND ELECTRIC COMPANY; UNITED STATES OF AMERICA; STATE OF CALIFORNIA; and DOES 1 through 100, inclusive,<br><br>    Defendants. | No: 1:06-CV-01195-OWW-SMS<br><br>**STIPULATION AND ORDER REMANDING CASE TO SUPERIOR COURT**<br><br>Fresno Sup. Ct. Case #06CECG02077MBS<br><br>Parcel 1 - APN 456-030-16<br>        (1,172 SF - Easement)<br>Parcel 2 - APN 463-030-25<br>        (155 SF - Easement) |

The parties hereto stipulate to the following facts and Order:

1.      A Complaint in Eminent Domain was filed in Fresno County Superior Court by the CITY OF FRESNO and against ROBERT PAPAZIAN, AS TRUSTEE UNDER THE ROBERT PAPAZIAN REVOCABLE LIVING TRUST AGREEMENT DATED 10/13/04; FRESNO METROPOLITAN FLOOD CONTROL DISTRICT; CENTRAL CINEMA LIMITED PARTNERSHIP; COUNTY OF FRESNO; PACIFIC GAS AND ELECTRIC COMPANY; UNITED STATES OF AMERICA; STATE OF CALIFORNIA; and DOES 1 through 100, inclusive, on April 8, 2006.

2. Defendant FRESNO METROPOLITAN FLOOD CONTROL DISTRICT filed a Disclaimer on July 13, 2006.

3. The default of Defendant CENTRAL CINEMA LIMITED PARTNERSHIP was filed and entered August 29, 2006.

4. Defendant STATE OF CALIFORNIA filed a Disclaimer on September 14, 2006.

5. Defendant ROBERT PAPAZIAN, AS TRUSTEE UNDER THE ROBERT PAPAZIAN REVOCABLE LIVING TRUST AGREEMENT DATED 10/13/04 has not yet appeared in this matter.  However, this defendants interests are solely in Parcel 1 (APN 456–060-16) and do not conflict with any interest of Defendant UNITED STATES OF AMERICA.

6. Defendant UNITED STATES OF AMERICA filed and served Notice of Removal to Federal District Court on or about September 14, 2006, whereby this action was removed to the United States Eastern District Court as case #1:06-CV-01195-OWW-SMS.

7. Defendant UNITED STATES OF AMERICA has determined that its interest in this matter is limited to the fair market value for that portion of Parcel 2 (APN 463-030-25) described in the Complaint in Eminent Domain for which the Plaintiff CITY OF FRESNO has deposited $1,180.00 with the Superior Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, based on the foregoing facts:

A. This case shall be remanded to the jurisdiction of Fresno County Superior Court; and

B. Defendant UNITED STATES OF AMERICA and its interests in this action which are based on Internal Revenue Service liens, shall have priority to the extent of said liens, as to the deposit ($1,180.00), and any additional compensation which may be paid to the property owners herein regarding the easement sought over Parcel 2 (APN 463-030-25) as described in the Complaint in Eminent Domain.

///

Dated: October 20, 2006                     UNITED STATES ATTORNEY

                                                      /s/
Kristi C. Kapetan, Assistant U. S. Attorney,
Attorney for UNITED STATES OF AMERICA

Dated: October 24, 2006                     FRESNO COUNTY COUNSEL

                                                      /s/
Bruce B. Johnson, Jr., Sr. Deputy County
Counsel, Attorney for COUNTY OF FRESNO

Dated: October 24, 2006                     LAW OFFICES OF MICHAEL D. WOOD

                                                      /s/
Michael D. Wood, Attorney for PACIFIC
GAS & ELECTRIC COMPANY

Dated: October 27, 2006                     BACIGALUPI, NEUFELD & ROWLEY

                                                      /s/
Dale E. Bacigalupi, Attorney for
CITY OF FRESNO

    IT IS SO ORDERED.

**Dated:  October 27, 2006**                             **/s/ Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE